

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Jonathan Beryl Harris; The Law Offices of J.B. Harris, P.A. and J.B. Harris, P.A. v. Phillip T. Howard, and Howard & Associates, Attorneys at Law, P.A.

Appellate case number:   01-19-00968-CV

Trial court case number:  2019-22971

Trial court:             127th District Court of Harris County

Appellants' motion for rehearing and reinstatement of this appeal is DENIED.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                    Acting for the Court

Panel consists of Justices Keyes, Kelly, and Landau

Date: ___October 13, 2020_____